STREET RAILWAYS ADVERTISING COMPANY, Appellant, v. PARTOLA DISTRIBUTING COMPANY, INC., and Others, Respondents. (Action No. 1.) — Order affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

STREET RAILWAYS ADVERTISING COMPANY, Appellant, v. PARTOLA DISTRIBUTING COMPANY, INC., and Others, Respondents. (Action No. 1.) — Order entered May 31, 1923, affirmed, with ten dollars costs and disbursements; appeal from order entered June 15, 1923, dismissed. The bill of particulars to be served within fifteen days. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

STREET RAILWAYS ADVERTISING COMPANY, Appellant, v. PARTOLA DISTRIBUTING COMPANY, INC., and Others. Respondents. (Actions Nos. 1 and 2.) — Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, and the notice of examination vacated, with leave to defendants to

serve a new notice of examination, if so advised, after the bill of particulars herein ordered has been served. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.